IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN KEVIN KENNEDY, et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:12-cv-00726-JAR ) |
| BAC HOME LOANS SERVICING, LP, et al., | ) ) ) ) |
| Defendants. | ) ) |

**CONSENT MOTION OF DEFENDANT KOZENY & McCUBBIN, L.C.
FOR AN EXTENSION OF TIME TO RESPOND TO
<u>PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT</u>**

Defendant Kozeny & McCubbin, L.C. ("K & M") hereby moves, pursuant to Fed. R. Civ. P. 6(b), for an additional one week, up to and including August 10, 2012, in which to respond to Plaintiffs' Second Amended Class Action Complaint ("Complaint"). As grounds for this motion, Defendant K & M states as follows:

1. Defendant Bank of America, N.A., successor by merger to BAC Home Loan Servicing, L.P., removed this case to this Court from the Circuit Court of Jefferson County, Missouri ("State Court") on April 24, 2012. Defendant K & M, which was served in the State Court action, filed a Motion for More Definite Statement in the State Court action on January 9, 2012, in response to the First Amended Complaint filed in the State Court action. Defendant K & M's Motion for More Definite Statement remained pending when the State Court action was removed to this Court.

2. Defendant K & M's response to Plaintiff's Second Amended Class Action Complaint is due on Friday, August 3, 2012.

3. Counsel for Defendant K & M needs an additional week in order to complete Defendant K & M's response to Plaintiff's Second Amended Class Action Complaint.

4. Counsel for Defendant K & M has communicated with counsel for Plaintiffs, and he has consented to an extension of time for filing Defendant K & M's answer or other responsive pleading to an including August 10, 2012.

WHEREFORE, Defendant K & M moves for an extension of time to and including August 10, 2012, in which to file its answer or other responsive pleading to Plaintiff's Second Amended Class Action Complaint.

/s/ Ira L. Blank
Ira L. Blank #29375MO
The Enterprise Law Group, LLC
8151 Clayton Road, Suite 201
St. Louis, MO 63117
Telephone: (314) 282-8735
Fax: (314) 726-2042
Email: iblank@theenterpriselawgroup.com

Attorney for Defendant
    Kozeny & McCubbin, L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, the following parties were served by U.S. Mail, postage prepaid, unless served electronically through ECF:

Gregory P. White
8000 Bonhomme, Suite 316
Clayton, Missouri 63105

Benjamin F. Westhoff
Westhoff Law Firm, LLC
7751 Carondelet Avenue, Suite 800
St. Louis, Missouri 63105

Jerome Wallach
The Wallach Law Firm
3 City Place Drive, Suite 1070
St. Louis, Missouri 63141

John E. Campbell
Erich Vieth
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101

Attorneys for Plaintiffs


Kevin M. Abel
Rhiana A. Luaders
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Attorneys for Defendant Bank of America, N.A.


/s/ Ira L. Blank